

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00682-CV

**IN RE REINA S.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On September 23, 2018, relator filed a petition for writ of mandamus; one of the real parties in interest filed a response. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on November 30, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01865, styled *In the Interest of J.J.R.S. and L.J.R.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Charles E. Montemayor presiding.